NO. 07-01-0051-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 3, 2001

______________________________

JAKE HESS, II, APPELLANT

V.

MARY ANN ENGLER F/K/A MARY ANN LLOYD, APPELLEE

_________________________________

FROM THE 251
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 48,785-C; HONORABLE PATRICK PIRTLE, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On March 30, 2001, the appellant filed an Agreed Motion to Dismiss averring that the parties have resolved the issues and agree that the appeal should be dismissed.

Without passing on the merits of the case, the appellant’s Agreed Motion to Dismiss is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  All costs having been paid, no order pertaining to costs is made.  Having dismissed the appeal at the appellant’s request and the appellee is not opposed to such a request,  no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

    Justice

Do not publish.